■ In the Matter of ANNE BONFIELD et al., Petitioners, and HELENE COHEN, Appellant, v BOARD OF EDUCATION OF THE EAST RAMAPO CENTRAL SCHOOL DISTRICT et al., Respondents.—In a proceeding pursuant to CPLR article 78, *inter alia,* to compel respondents to reinstate petitioners as full-time tenured teachers within the East Ramapo Central School District, petitioner Cohen appeals from so much of a judgment of the Supreme Court, Rockland County, dated June 22, 1978, as dismissed the proceeding as to her, upon the ground that it was time barred. Judgment affirmed insofar as appealed from, without costs or disbursements. We find no error in Special Term's holding that this proceeding was not instituted in compliance with the provisions of CPLR 217. We note, however, that had we been able to reach the merits of the proceeding, the appellant would have been entitled to relief under this court's decision in *Matter of Schlosser v Board of Educ.* (62 AD2d 207, affd 47 NY2d 811). Lazer, J. P., Margett, Martuscello and Mangano, JJ., concur.

■ In the Matter of BERNARD E., Appellant.—In a proceeding pursuant to article 7 of the Family Court Act, the appeal is from an order of the Family Court, Orange County, dated March 22, 1977, which adjudicated appellant a juvenile delinquent and imposed restrictive placement confinement. Order affirmed, without costs or disbursements. There was no deprivation of due process merely because the same Judge presided over two fact-finding hearings involving the appellant (see *Matter of Jose L.,* 64 AD2d 598). Hopkins, J. P., Titone and Margett, JJ., concur.

Damiani, J., dissents and votes to reverse the order in the interest of justice and remit the matter to the Family Court for further proceedings for the reasons expressed in the dissent of Mr. Justice Sandler at the Appellate Division, First Department, in *Matter of Jose L.* (64 AD2d 598).